UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID AND BETTY KAPLAN FAMILY TRUST; DAVID KAPLAN, individually and as trustee for DAVID AND BETTY KAPLAN FAMILY TRUST; BETTY KAPLAN, individually and as trustee for DAVE AND BETTY KAPLAN FAMILY TRUST; LELAH ZELINSKY FAMILY TRUST; LELAH ZELINSKY, individually and as trustee for LELAH ZELINSKY FAMILY TRUST; ASM INVESTMENTS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:15-cv-00538-WHA<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE ONLY |

The Court having reviewed the stipulation between Plaintiff and Defendants, requesting a continuance of the mediation deadline only, the Court grants the parties' request to continue the mediation deadline from August 25, 2015 to October 19, 2015.

**IT IS SO ORDERED:**

The last day to complete mediation in this instant matter is October 19, 2015.

Dated: July 21, 2015.

Hon. William Alsup
District Judge of the United States
District Court, Northern District of California