United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID AND BETTY KAPLAN FAMILY TRUST, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00538-WHA   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 19, 2015<br>Mediator:  Sara Winslow |

IT IS HEREBY ORDERED that the requests to excuse plaintiff Scottsdale Insurance Company's client representative and defendants Betty Kaplan, Lawrence Minney, Laleh Zelinsky and ASM Investments from appearing in person at the October 19, 2015, mediation before Sara Winslow are GRANTED.  The excused parties shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: October 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge