IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

DAVID AND BETTY KAPLAN FAMILY TRUST, DAVID KAPLAN AND BETTY KAPLAN, individually and as trustees for DAVID AND BETTY KAPLAN FAMILY TRUST, LALEH ZELINSKY FAMILY TRUST, LALEH ZELINSKY, individually and as trustee for LALEH ZELINSKY FAMILY TRUST, ASM INVESTMENTS, INC., a California corporation, AND DOES 1–50,

    Defendants.

No. C 15-00538 WHA

**ORDER SETTING DISCOVERY HEARING**

Pursuant to defendants' discovery letter of November 10, 2015, the Court **SETS** a two-hour meet-and-confer in the Court's jury room, located in the San Francisco federal courthouse, to commence at **NOON AND CONTINUING TO TWO P.M. ON TUESDAY, NOVEMBER 24, 2015. AT TWO P.M.**, the Court shall hold a hearing to resolve any remaining discovery issue(s). The parties shall buzz chambers on the 19th floor when they arrive. Plaintiff's response is due by **NOON ON FRIDAY, NOVEMBER 20.** Please note that only those lawyers who personally appear at the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: November 17, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE