IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

DAVID AND BETTY KAPLAN FAMILY TRUST, DAVID KAPLAN AND BETTY KAPLAN, individually and as trustees for DAVID AND BETTY KAPLAN FAMILY TRUST, LALEH ZELINSKY FAMILY TRUST, LALEH ZELINSKY, individually and as trustee for LALEH ZELINSKY FAMILY TRUST, ASM INVESTMENTS, INC., a California corporation, AND DOES 1–50,

    Defendants.

No. C 15-00538 WHA

**ORDER MODIFYING DISCOVERY DISPUTE SCHEDULE**

Defendants filed a discovery letter on November 10 and the Court set a discovery hearing for Two P.M. tomorrow, with a two-hour meet-and-confer beginning at noon. Based on the parties' representation that the dispute is not between them, but rather with third party witnesses, the meet-and-confer is hereby shortened to one hour. The parties shall buzz chambers at One P.M. for a one-hour meet-and-confer in the Court's jury room and be prepared to present their plan to the Court at Two P.M., as scheduled.

**IT IS SO ORDERED.**

Dated: November 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE